IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EBONY NICOLE MOORE,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **No. 13-5079** |
| **TEMPLE UNIVERSITY, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 29th day of July, 2016, upon consideration of "Plaintiff's Motion for Summary Judgment" (doc. no. 54) and the "Motion of Defendants, Temple University – of the Commonwealth System of Higher Education, Eric Mobley, and Kristen Foley for Summary Judgment" (doc. no. 68), it is hereby **ORDERED** that:

- Plaintiff's Motion for Summary Judgment is **REINSTATED**[1] and **DENIED**; and

- Defendants' Motion for Summary Judgment is **GRANTED**.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**

---

[1] On December 4, 2015 I denied Plaintiff's motion for summary judgment without prejudice to be reinstated and considered in conjunction with Defendants' motion for summary judgment. (doc. no. 75.)